JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| ERICA DANIEL,<br><br>           Plaintiff,<br>vs.<br>CENTRAL FINANCIAL CONTROL.,<br><br>           Defendant. | Case No.: 8:10-CV-00482-CJC(ANx)<br><br>[~~PROPOSED~~] ORDER<br><br>Judge:     Honorable Cormac J. Carney |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
The Honorable Judge
Cormac J. Carney
United States District Judge